

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NS:EAG/MEF
F. #2018R01021

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 3, 2019

By Hand and ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Amato, et al.
               Criminal Docket No. 19-442 (S-1) (ILG)

Dear Judge Scanlon:

      The government respectfully moves for an order unsealing the indictment, superseding indictment and arrest warrants in the above-captioned matter.

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                          By:        /s/
                                  Elizabeth Geddes
                                  Megan E. Farrell
                                  Assistant U.S. Attorneys
                                  (718) 254-6430/6448

Enclosure

cc:    Clerk of Court (by ECF)
        All Counsel  (by ECF)

NS:EAG/MEF
F.# 2018R01021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOSEPH AMATO,
JOSEPH AMATO JR.,
JOHN CAHILL,
DANIEL CAPALDO,
   also known as "The Wig" and "Shrek,"
PRIMO CASSARINO,
CHRISTOPHER COFFARO,
JOHN DUNN,
PHILIP LOMBARDO,
JOSEPH MARRA,
   also known as "Joe Fish,"
ALBERT MASTERJOSEPH,
DOMINICK RICIGLIANO,
   also known as "The Lion,"
THOMAS SCORCIA,
ANTHONY SILVESTRO,
   also known as "Bugz,"
VINCENT SCURA,
   also known as "Vinny Linen,"
KRENAR SUKA and
JOHN TUCCIARONE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

CR 19-442 (S-1) (ILG)

       Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Elizabeth Geddes, for an order unsealing the indictment, superseding indictment and arrest warrants as to all defendants in the above-captioned matter.

WHEREFORE, it is ordered that the indictment, superseding indictment and arrest warrants as to all defendants in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
       10/3, 2019

s/ Scanlon
_____
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK