United States v. Joseph Marra

Docket 19-cr-00442 (BMC)

TERMS OF SUPERVISED RELEASE OR PROBATION

1. The defendant shall not associate in person, through mail, electronic mail or telephone with any individual with an affiliation to any organized crime groups, gangs or any other criminal enterprise; nor shall the defendant frequent any establishment, or other locale where these groups may meet pursuant, but not limited to, a prohibition list provided by the Probation Department.

2. The defendant shall not have contact with the victims of the instant offense. This means that he shall not attempt to meet in person, or communicate by letter, telephone, email, the Internet, or through a third party, without the knowledge and permission of the U.S. Probation Department.

3. Based on information presented, the defendant is excused from the mandatory drug testing provision of 18 U.S.C. § 3583(d), however, may be requested to submit to drug testing to ensure compliance with the conditions of his term of supervised release.

REVIEWED:

_____                                _____
             Defendant                                                                        Defense Counsel