

Joseph Mure Jr. & Associates
Attorneys at Law
Office: 718.852.9100
Fax: 718.797.5554
joemurejr@aol.com

115-06 Beach Channel Drive
Suite 102
Rockaway Park, NY 11694

26 Court Street
Suite 708
Brooklyn, NY 11242

June 28, 2021

By ECF

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Joseph Marra
>      Criminal Docket No.: 19-442-9(S-1)(BMC)

Dear Judge Cogan:

    This letter is submitted on behalf of Joseph Marra to respectfully request that sentencing currently scheduled for July 20, 2021, at 10:00 a.m., be adjourned to a date and time in October, or as soon thereafter as is convenient to the Court, and that the defendant's sentencing submissions be due two weeks, and the government's sentencing submissions be due one week, prior to whatever sentencing date is set by the Court. Mr. Joseph Marra is released on bond and has been fully compliant with the conditions of his release.

    I have been waiting on the Probation Department concerning an issue that I raised in the Probation report. I am told that Probation is preparing an addendum and changing the guidelines. I am waiting on this Addendum, as well as, a few letters from Mr. Marra's doctor and employer to include in my sentencing memorandum.

    Assistant United States Attorney Elizabeth Geddes has advised me that the government has no objection to the grating of this application.

Respectfully yours,

/s/ Joseph Mure, Jr.
JOSEPH MURE, JR.

CC:  Elizabeth Geddes, Esq.
     Assistant United States Attorney