

U.S. Department of Justice

United States Attorney
Eastern District of New York

EAG
F. #2018R01021

271 Cadman Plaza East
Brooklyn, New York 11201

September 30, 2021

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Joseph Marra
                  Criminal Docket No. 19-442 (S-2) (BMC)

Dear Judge Cogan:

        The government respectfully submits this letter in connection with sentencing of the defendant Joseph Marra and in response to the defendant's sentencing memorandum, filed on September 22, 2021. Sentencing is currently scheduled for October 6, 2021. In his memorandum, the defendant seeks a sentence within the advisory Guidelines range of 30 to 37 months' imprisonment. In light of the seriousness of the offense and the defendant's history and characteristics, the government agrees that a sentence within the Guidelines range is warranted, but consistent with the terms of the government's plea agreement with

the defendant, the government does not take a position where within the Guidelines range the defendant should be sentenced.

Respectfully submitted,

JACQUELYN KASULIS
Acting United States Attorney

By:   /s/
Elizabeth Geddes
Megan E. Farrell
James McDonald
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF)
      Patricia Sullivan (by e-mail)
      Joseph Mure, Esq. (by ECF)